**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHRISSY RUSSELL                                                                                         PLAINTIFF

v.                                              NO. 3:09CV00147 JLH

ST. BERNARDS HOSPITAL, INC., d/b/a
ST. BERNARDS MEDICAL CENTER                                                          DEFENDANT

**ORDER**

Pending before the Court is the joint motion to extend the discovery, motion and status report deadlines. For good cause shown, the motion is GRANTED. Document #14. The discovery cutoff is extended up to and including July 2, 2010; the motion deadline is extended up to and including July 16, 2010, and the deadline for filing status reports is extended up to and including August 5, 2010.

IT IS SO ORDERED this 19th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE