**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CRISSY RUSSELL                                                                                          PLAINTIFF

v.                                            No. 3:09CV00147 JLH

ST. BERNARD'S HOSPITAL, INC.,
d/b/a ST. BERNARD'S MEDICAL CENTER                                              DEFENDANT

**ORDER**

Before the Court is the plaintiff's motion to extend time to file her response to the defendant's motion for summary judgment, and to extent the time for submitting the parties' status report. Currently, the plaintiff's response is due no later than Friday, August 6, 2010, and the parties' status report is due no later than August 5, 2010. The plaintiff requests the Court extend its deadline for filing a response to the motion for summary judgment by one week and extend the parties' deadline for submitting the status report by eighteen days. Without objection, the deadline for filing plaintiff's response to the motion for summary judgment is hereby extended up to and including August 13, 2010. The deadline for filing the parties' status report is extended up to and including August 23, 2010. Document #18.

IT IS SO ORDERED this 5th day of August, 2010.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE