# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CRISSY RUSSELL                                                                                           PLAINTIFF

v.                                                No. 3:09CV00147 JLH

ST. BERNARD'S HOSPITAL, INC.                                                                     DEFENDANT

## ORDER

Plaintiff has moved to extend the deadline for filing status reports until seven (7) days following the Court's decision on the motion for summary judgment. Without objection, the motion is GRANTED. Document #23.

IT IS SO ORDERED this 20th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE