**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CRISSY RUSSELL                                                                                      PLAINTIFF

v.                                         NO. 3:09CV00147 JLH

ST. BERNARDS HOSPITAL, INC.                                                              DEFENDANT

## ORDER

The Court has determined that the trial of this matter scheduled for the week of September 20, 2010, in Jonesboro, Arkansas, should be continued due to the Court's schedule. A new trial date and scheduling deadlines will be set by separate order. The joint motion to extend deadline to file motions in limine is denied as moot. Document #28.

IT IS SO ORDERED this 8th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE