# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CRISSY RUSSELL                                                                                       PLAINTIFF

v.                                              NO. 3:09CV00147 JLH

ST. BERNARD'S HOSPITAL, INC.,
d/b/a ST. BERNARD'S MEDICAL CENTER                                                   DEFENDANT

## ORDER

The bench trial of this matter is hereby rescheduled for ***9:00 a.m. on MONDAY, APRIL 18, 2011***.  This action is a Jonesboro Division case, however, the parties have stipulated to trying the case in the Western Division in Little Rock if the Jonesboro courtroom is unavailable.  Therefore, if the Jonesboro courtroom is unavailable, the trial will take place in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 22nd day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE