**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CRISSY RUSSELL                                                                                              PLAINTIFF

v.                                        No. 3:09CV00147 JLH

ST. BERNARD'S HOSPITAL, INC.,
d/b/a ST. BERNARD'S MEDICAL CENTER                                              DEFENDANT

**ORDER**

The joint motion to transfer this case from the Jonesboro Division to the Western Division of the Eastern District of Arkansas is GRANTED. Document #50. The Clerk is directed to transfer this case to the Western Division.

IT IS SO ORDERED this 24th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE