**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CRISSY RUSSELL                                                                                          PLAINTIFF

v.                                        No. 4:11CV00177 JLH

ST. BERNARD'S HOSPITAL INC.,
d/b/a ST. BERNARD'S MEDICAL CENTER                                              DEFENDANT

## JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is entered in favor of St. Bernard's Hospital Inc., d/b/a St. Bernard's Medical Center, on the claims of Crissy Russell. The complaint of Crissy Russell is dismissed with prejudice.

IT IS SO ORDERED this 4th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE